AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

KEITH JOSEPH SHANLEY,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:06-cv-00428-LRH-RAM**

BILL DONAT, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' #13 motion to dismiss is GRANTED and the petition is DISMISSED as untimely. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

   January 30, 2009              **LANCE S. WILSON**
                                                        Clerk

                                                  /s/ Kalani Lizares
                                                   Deputy Clerk